Form B-1036 - (Rev. 02/10)                                                                 1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number | For Court Use Only |
|---|---|
| M. Jonathan Hayes [SBN 90388]<br>Simon Resnik Hayes LLP<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA  91403<br>Tel: (818) 783-6251/Fax: (818) 783-6253<br><br>Attorney for _Judgment Creditor_ | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: PETER D. MULLINS | CASE NO.: 2:12-bk-39952-WB |
|---|---|
| Debtor. | ADVERSARY NO.: |
| Plaintiff(s),<br><br>vs.<br><br>Defendant(s). | **WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On **January 15, 2015**, a judgment was entered in the above-entitled action in favor of

**SIMON RESNIK HAYES LLP**

as **Judgment Creditor**, and against

**PETER D. MULLINS**

as **Judgment Debtor**, for:

$ 0                          PRINCIPAL
$ 45,161.50                  ATTORNEYS FEES
$ 0                          INTEREST
$ 90.00                      COSTS
$ 45,251.50                  TOTAL JUDGMENT AS ENTERED

Form B-1036 - (Rev. 02/10)                                                                    1998 USBC, Central District of California

Page 2 of 3

| In re PETER D. MULLINS | CASE NO.: 2:12-bk-39952-WB |
|---|---|
| | ADVERSARY PROCEEDING NO.: |
| Debtor(s). | |

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

PETER D. MULLINS
2520 5th Street
Santa Monica, California 90405

Form B-1036 - (Rev. 02/10)                                                                        1998 USBC, Central District of California

Page 3 of 3

| In re | CASE NO.: 2:12-bk-39952-WB |
|---|---|
| PETER D. MULLINS | ADVERSARY PROCEEDING NO.: |
| Debtor(s). | |

## NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ 0 _____ ACCRUED INTEREST

$ 0 _____ ACCRUED COSTS

$ 0 _____ TOTAL

Credit must be given for payments and partial satisfaction in the amount of $ 0 _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 45,251.50 _____ ACTUALLY DUE on the date of the issuance of this writ, of which

$ 45,251.50 _____ is due on the judgement as entered, and bears interest at 0.21 % per annum in the amount of $ 0.26 _____ per day, from the date of issuance of this writ, to which

must be added the commissions and costs of the officer executing this writ.

DATED: 5-27-15

KATHLEEN J. CAMPBELL
Clerk, United States Bankruptcy Court

By: _____
Deputy Clerk