| ✓ Recording requested by a return to:<br>Simon Resnik Hayes LLP<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA  91403<br>Tel: (818) 783-6251/Fax (818) 783-6253 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>PETER D. MULLINS                              Debtor | CASE NUMBER   2:12-bk-39952-WB<br>ADVERSARY NUMBER |
| Plaintiff<br>vs.<br><br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address

   PETER D. MULLINS
   2520 5th Street
   Santa Monica, California 90405

   ☐ Address Unknown

   b. Driver's License No. _____   ✓ Unknown

   c. Social Security No. XXX-XX-1332 _____   ☐ Unknown

2. The Summons was personally served at, or mail to (address):

   2520 5th Street, Santa Monica, California 90405

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

   Dated: May 29, 2015                                    _____
                                                          (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re (SHORT TITLE) | CHAPTER 11 |
|---|---|
| PETER D. MULLINS                                    Debtor(s). | ADVERSARY NO.: |

4. I certify that in the above-entitled action and Court, Judgment was entered on **January 15, 2014**,

in favor of **Simon Resnik Hayes LLP** and against **Peter D. Mullins**

for  $ **0**                                        Principal,

$ **0**                                        Interest,

$ **45,161.50**                            Attorney's Fees, and

$ **90.00**                                Costs.

A lien in favor of a judgment creditor is:

☐ not endorsed on the judgment.

☑ endorsed on the judgment as follows:

1. Amount $ **45,251.50**

2. In favor of (name) **Simon Resnik Hayes LLP (see attached order - docket #143)**

A stay of execution has:

☑ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this **29th** day of **May 2015**

KATH_____
Clerk of the Bankruptcy Court

By: _K. Celly_
Deputy Clerk

Information regarding additional judgment debtors:

**N/A**

*Revised February 2010*